IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY ERICKSON, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 12-4008 |
| | : | |
| v. | : | |
| | : | |
| VALENTINE & KEBARTAS, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 31st day of July 2012, upon consideration of the Notice of Voluntary

Dismissal filed by Plaintiff (Doc. No. 2), it is **ORDERED** that:

1.      The action is DISMISSED WITH PREJUDICE AND WITHOUT COSTS, pursuant

   to Local Rule 41.1(b).

2.      All pending motions are DENIED AS MOOT.

3.      The Clerk of Court shall close the above-captioned matter.

BY THE COURT:

 /s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.